# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CURTIS LEE GREEN JR** | **CIVIL ACTION NO. 25-cv-1494** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **PRICE GREGORY INTERNATIONAL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 9], previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 6] be **GRANTED and** this civil action be **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 1st day of December 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE